1  DAVID W. BROWN (99389)
   Attorney at Law
2  574 Polk Street
   Monterey, CA 93940
3  Tel: (831) 649-8211
   Fax: (831) 649-2376
4  Attorney for Plaintiff
   SCOTT BEUTEL
5

6                  UNITED STATES DISTRICT COURT

7                 NORTHERN DISTRICT OF CALIFORNIA

8                      SAN JOSE DIVISION

9

10 SCOTT BEUTEL,                    )      Case No. 5:11-cv-04357-LHK
                                    )
11                                  )      [proposed] ORDER MODIFYING
                                    )      BRIEFING SCHEDULE
                                    )
12              Plaintiff,          )
                                    )
13 -vs-                             )
                                    )
14                                  )
                                    )
15 WELLS FARGO BANK, N.A., Et. Al., )
                                    )
16            Defendants.           )
   _____)

17
         The Court has read and considered the Ex-Parte Application To Modify Briefing
18
   Schedule filed by Scott Beutel ("Plaintiff"). Good cause appearing, the Application is
19
   GRANTED. The deadline for Plaintiff's response to Defendant Wells Fargo Bank N.A.'s
20
   Motions To Dismiss and Strike Complaint is extended From September 21, 2011 to
21
   September 27, 2011. The deadline for Defendant Wells Fargo Bank N.A. to reply is
22
   extended from September 27, 2011 to October 4, 2011.
23
   IT IS SO ORDERED.
24
   Dated: September 26    2011
25
                                           _Lucy H. Koh_____
26                                         LUCY H. KOH,
                                           UNITED STATES DISTRICT JUDGE
27

28                                  1