**DAVID W. BROWN (99389)**
Attorney at Law
574 Polk Street
Monterey, CA 93940
Tel: (831) 649-8211
Fax: (831) 649-2376
Attorney for Plaintiff
SCOTT BEUTEL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SCOTT BEUTEL,<br><br>Plaintiff,<br><br>-vs-<br><br>WELLS FARGO BANK, N.A., Et. Al.,<br><br>Defendants. | Case No. 5:11-cv-04357-LHK<br><br>[proposed] ORDER MODIFYING BRIEFING SCHEDULE |

The Court has read and considered the Ex-Parte Application To Modify Briefing Schedule filed by Scott Beutel ("Plaintiff"). Good cause appearing, the Application is GRANTED. The deadline for Plaintiff's response to Defendant Wells Fargo Bank N.A.'s Motions To Dismiss and Strike Complaint is extended From September 21, 2011 to September 27, 2011. The deadline for Defendant Wells Fargo Bank N.A. to reply is extended from September 27, 2011 to October 4, 2011.

IT IS SO ORDERED.

Dated: September 26  2011

_Lucy H. Koh_
LUCY H. KOH,
UNITED STATES DISTRICT JUDGE

1